UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 10-20470-CIV-MORENO

OSMEL CUEBAS, on his own behalf and others similarly situated,

    Plaintiff,

vs.

FONTAINEBLEAU FLORIDA HOTEL, LLC, d/b/a FONTAINEBLEAU MIAMI BEACH,

    Defendant .
_____/



CLOSED CIVIL CASE

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Joint Motion for Approval of the Settlement Agreement and Stipulation of Dismissal With Prejudice **(D.E. 6)**, filed **March 9, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(i). The Court has conducted an *in camera* review of the settlement agreement submitted by the parties and finds that it is fair and reasonable. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record